Law Offices
Howard A. Chorost, P.C.
21 East Speedway Boulevard
Tucson, Arizona 85705
(520) 792-0011
(520) 844-1196 (fax)

Howard A. Chorost, Esq.
State Bar of Arizona No. 012663
E-Mail: hchorost@me.com

Attorney for Movant
Vantage West Credit Union

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 7 Proceedings |
| ERIC JASON VEALE, | Case No. 2:24-bk-04560-BKM |
| Debtor. | |
| Vantage West Credit Union, | **NOTICE OF FILING MOTION FOR RELIEF FROM STAYS AND REQUIREMENT TO FILE RESPONSE;** |
| Movant, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ERIC JASON VEALE, Debtor; ERIC M. HALEY, Trustee, | (Re: 2017 TOYOTA TACOMA DOUBLE CAB) |
| Respondents. | |

NOTICE IS GIVEN that the above-named Movant, by and through their attorney, has filed a motion requesting relief from Stays, the details of which are as follows:

Termination of the Stays will allow Movant to repossess (or in the situation where the collateral has or will be surrendered, retain) the below-described motor vehicle and to exercise State Law forfeiture remedies with regard to same:

2017 TOYOTA TACOMA DOUBLE CAB

In the event the subject collateral is surrendered, Movant has asked the Court to waive the fourteen day Stay following the entry of the Order Terminating Stays pursuant to Bankruptcy Rule 4001(a)(3).

Since Movant is attempting to minimize expenses in regard to the Bankruptcy Filing, Movant has requested that the entry of an Order Terminating Stay be binding as to any Chapter under the Code to which Debtor may convert.

FURTHER NOTICE IS GIVEN that pursuant to Local Bankruptcy Rule 4001-1 if no written objection is filed with the Court and a copy served on the Movant's attorney, whose address is:

Law Offices<br>
Howard A. Chorost<br>
a Professional Corporation<br>
21 East Speedway Boulevard<br>
Tucson, Arizona 85705<br>
(520) 792-0011<br>
(520) 844-1196 (fax)<br>
hchorost@me.com

WITHIN 14 DAYS of the service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing.

If you are a creditor, PLEASE SEE THE MOTION TO LIFT STAY ON FILE IN THE OFFICE OF THE UNITED STATES BANKRUPTCY COURT. If you wish to object to the Motion, you must do so WITHIN 14 DAYS of the service of this Notice. Objections may be made by filing an objection with the Court, and serving a copy of the objection on the Movant's attorney, named above.

In the event that an objection is filed, a hearing will be scheduled by the United States Bankruptcy Court on said objection.

Dated: **June 25, 2024**

**HOWARD A. CHOROST, P.C.**

*/s/ Howard A. Chorost*
*State Bar of Arizona No. 012663*

By_____
Howard A. Chorost
Attorney for Movant
Vantage West Credit Union

* * * * * * * * * * *

CERTIFICATE OF SERVICE

Howard A. Chorost, a member of the State Bar of Arizona, Certifies as follows:

1. That I am the attorney for the Movant.

2. That on June 25, 2024, I caused to be mailed (and e-mailed, as indicated below) by depositing in the postal collection box, postage pre-paid, envelopes containing said Motion for Relief from Stay, a proposed form of Order, and the Notice of Filing of Motion for Relief from Stay, to the following:

ERIC JASON VEALE
3334 E DESERT COVE AVE
PHOENIX, AZ 85028
*Debtor*

| | |
|---|---|
| 1 | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys |
| 2 | 4131 Main Street<br>Skokie, IL 60076-2780 |
| 3 | Email: documents@phxfreshstart.com<br>*Attorney for Debtor* |
| 4 | |
| 5 | ERIC M. HALEY<br>PO BOX 13390<br>SCOTTSDALE, AZ 85267 |
| 6 | Email: trustee@haley-law.com<br>*Chapter 7 Trustee* |

    3.    That a copy of the above Notice was sent to all parties appearing as having an interest in the subject property, to wit: **SEE ABOVE**

DATED: June 25, 2024

**HOWARD A. CHOROST, P.C.**

*/s/ Howard A. Chorost*
*State Bar of Arizona No. 012663*

By _____
Howard A. Chorost
Attorney for Movant
Vantage West Credit Union